[27 NE3d 471, 3 NYS3d 757]

MARY T. HELTZ, Appellant, v BRUCE S. BARRATT et al., Respondents.

Decided December 17, 2014

APPEARANCES OF COUNSEL

*Personius Melber LLP*, Buffalo (*Scott R. Hapeman* of counsel), for appellant.

*Barth Sullivan Behr*, Buffalo (*Andrew J. Kowalewski* of counsel), for respondents.

### OPINION OF THE COURT

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order af-

firmed, with costs. Plaintiff failed to produce admissible evidence raising a triable issue of fact concerning whether defendant Barratt had an opportunity to avoid the collision.

Concur: Chief Judge LIPPMAN and Judges READ, SMITH, PIGOTT, RIVERA and ABDUS-SALAAM.